USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/9/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BETTER HOLDCO, INC.,

                Plaintiff,

-against-

SARAH PIERCE,

                Defendant.

22 Civ. 9580 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On October 11, 2022, Plaintiff, Better Holdco, Inc. ("Better"), filed a motion for summary judgment in lieu of complaint in the Supreme Court of the State of New York, County of New York. ECF No. 1-2. On November 9, 2022, Defendant, Sarah Pierce, removed the action to the Southern District of New York. ECF No. 1. On December 9, 2022, this action was assigned to the undersigned. Dkt. Entry 12/9/22. Accordingly, by **December 30, 2022**, Defendant shall file her opposition to Plaintiff's motion. By **January 13, 2023**, Plaintiff shall file its reply, if any.

      SO ORDERED.

Dated: December 9, 2022
       New York, New York

ANALISA TORRES
United States District Judge