UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BETTER HOLDCO, INC.,

                Plaintiff,

-against-

SARAH PIERCE,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/02/2023
```

22 Civ. 9580 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 29, 2023, the Court entered an order granting Plaintiff's motion for summary judgment. ECF No. 21. By **October 9, 2023**, Plaintiff shall file a proposed judgment in accordance with the Court's order. The proposed judgment shall specify the amount of accrued interest.

    SO ORDERED.

Dated: October 2, 2023
       New York, New York

                                        ANALISA TORRES
                                  United States District Judge