UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BETTER HOLDCO, INC.,

                Plaintiff,

-against-

SARAH PIERCE,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/15/2023
```

22 Civ. 9580 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiff's proposed judgment, ECF No. 23, and Defendant's response, ECF No. 29. By **November 22, 2023**, Plaintiff shall file a reply. The reply shall, *inter alia*, address how the judgment should be worded to reflect that Plaintiff is "constrained in how it can proceed on the Non-Recourse Portion" of the Notes. *See* ECF No. 21 at 5 n.4, 9–10.

    SO ORDERED.

Dated: November 15, 2023
       New York, New York

ANALISA TORRES
United States District Judge