UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BETTER HOLDCO, INC.,                                           NOTICE OF APPEAL
                Plaintiff,

      -against-
                                                    Case No. 22-CV-9580 (AT)
SARAH PIERCE,
                Defendant.
-----------------------------------------------------------X

      PLEASE TAKE NOTICE THAT, Defendant, Sarah Pierce ("Pierce"), by and through her attorneys, The Law Offices of Neal Brickman, P.C., 420 Lexington Avenue - Suite 2811, New York, New York 10170, hereby appeals to the United States Court of Appeals for the Second Circuit from the entirety of the final Judgment in this action entered on January 5, 2024, Dkt. 40, and from any and all other judgments, orders, opinions, decisions, rulings, and findings subsidiary thereto, subsumed therein, or subsequent thereto, including, without limitation the entirety of Order Granting Plaintiff's Motion for Summary Judgment, entered on September 29, 2023, Dkt. 21; the Order preceding the Judgment, entered on January 5, 2024, Dkt. 39; and from any and all other judgments, orders, opinions, decisions, rulings, and findings of the District Court entered prior to the entry of the final judgment.

Dated:  New York, New York
         February 2, 2024

                                                      Respectfully Submitted,

                                                      By: *Neal Brickman*
                                                      Neal Brickman (NB0874)
                                                      The Law Offices of Neal Brickman, P.C.
                                                      420 Lexington Avenue, Suite 2811
                                                      New York, New York 10170
                                                      (212) 986-6840
                                                      neal@brickmanlaw.com
                                                      *Attorneys for Defendant Sarah Pierce*

To: Roberta A. Kaplan (Via ECF)
Timothy S. Martin (Via ECF)
Kate L. Doniger (Vis ECF)
KAPLAN HECKER & FINK LLP
350 Fifth Avenue - 63rd Floor
New York, New York 10118
(212) 763-0889
kdoniger@kaplanhecker.com
*Attorneys for Plaintiff*

2