THE LAW OFFICES OF
# NEAL BRICKMAN, P.C.
420 LEXINGTON AVENUE, SUITE 2811
NEW YORK, NEW YORK 10170

| | |
|---|---|
| NEAL BRICKMAN | **TELEPHONE:** |
| JUDITH L. GOLDSBOROUGH | **(212) 986-6840** |
| ETHAN Y. LEONARD | |
| VIRGINIA A. REILLY | **TELECOPIER:** |
| JASON A. STEWART | **(212) 986-7691** |

March 20, 2024

<u>Via ECF and Electronic Mail</u>

Honorable Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Torres_NYSDChambers@nysd.uscourts.gov

           Re:  *Better Holdco, Inc., v. Pierce*
              Case No: 22 CV 9580 (AT)(OTW)

Dear Judge Torres:

  The parties in the above-referenced matter write to Your Honor jointly to request that you So Order the attached Stipulation.

  As the Court is aware, this matter was adjudicated before the Court and is now on appeal (aside from a question of attorneys' fees which is *sub judice* before Judge Wang, USMJ). With regard to the same, the Parties have come to an agreement as to a bond amount pending that appeal and ask that the Court execute the attached Stipulation concerning the same.

  The parties thank the Court for its time, attention, and consideration in these matters.

                Respectfully submitted,

                *Neal Brickman*
                Neal Brickman

cc:  All Counsel by ECF and Email